# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA SMITH,<br><br>    Petitioner,<br>v.<br>PERRY RUSSELL, *et al.*,<br><br>    Respondents. | Case No. 3:19-cv-00264-MMD-WGC<br><br>ORDER |

This *pro se* habeas petition pursuant to 28 U.S.C. § 2254 comes before the Court for initial review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and for consideration of Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1).

The Court finds that Petitioner is not able to pay the filing fee. The application for leave to proceed *in forma pauperis* will therefore be granted, and petitioner will not be required to pay the filing fee.

The petition in this case asserts two grounds for relief. Ground 2 is unexhausted, by Petitioner's own admission. (ECF No. 1-2 at 6.) Ground 1 fails to assert any cognizable federal habeas claim. In Ground 1, Petitioner alleges that his Fourteenth Amendment equal protection rights were violated by the manner in which the state courts decided his state habeas petition. (ECF No. 1-2 at 3–4.) The Court does not have appellate jurisdiction over the state courts, and claims based on errors in state post-conviction proceedings are not cognizable in a federal habeas corpus proceeding, even when such claims are based on the federal constitution. *See, e.g.*, *Franzen v. Brinkman*, 877 F.2d 26 (9th Cir. 1989). Thus, Ground 1 does not assert a claim cognizable on federal habeas review.

///

///

It is not clear whether Petitioner intended to allege anything else in Ground 1, including but not limited to the underlying claim he asserts the state courts improperly resolved. For that reason, the Court will grant Petitioner leave to file an amended petition to clarify the basis for Ground 1.[1] Should Petitioner fail to file an amended petition, the petition in this action will be dismissed without prejudice as asserting only non-cognizable and unexhausted claims.

It is therefore ordered that Petitioner's application for leave to proceed *in forma pauperis* (ECF Nos. 1, 1-1) is granted.

It is further ordered that Petitioner has 30 days from the date of this order within which to file an amended petition for writ of habeas corpus relief. Should Petitioner fail to do so, the petition will be dismissed without prejudice.

DATED THIS 29th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] In granting leave to amend the petition, the Court does not represent that any claims in the amended petition would be considered timely.

2