UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA SMITH,<br><br>                      Petitioner,<br>    v.<br>PERRY RUSSELL, *et al.*,<br><br>                     Respondents. | Case No. 3:19-cv-00264-MMD-WGC<br><br>ORDER |

       This habeas matter is before the Court on *pro se* Petitioner Joshua Smith's failure to file an amended petition in compliance with the May 29 and August 29, 2019 Orders (ECF Nos. 3, 4).

       On May 15, 2019, Petitioner mailed an Application to Proceed *In Forma Pauperis* ("IFP") (ECF No. 1) and a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1-2). The Court granted his IFP application and screened the Petition, finding that the Petition failed to state a cognizable habeas claim in ground 1 and asserted an unexhausted ground for relief in ground 2. (ECF No. 3.) The Court gave Petitioner 30 days to file an amended petition (*id.*), which expired June 28, 2019. Although the order warned Petitioner that a failure to file an amended petition would result in dismissal without prejudice (*id.*), he did not comply.

       In August 2019, the Court issued a second order giving Petitioner one additional opportunity to file an amended petition within 20 days (ECF No. 4), which expired September 18, 2019. The second order further warned him that a failure to timely comply would result in the dismissal of the petition without prejudice and without further advance notice. (*Id.*) He did not comply.

///
///
///

To date, Petitioner has not filed an amended petition, requested an extension of time, or taken any other action to advance this case. Petitioner was twice warned that a failure to file an amended petition in compliance with the Court's orders would result in dismissal without prejudice.

It is therefore ordered that this action is dismissed without prejudice based on Petitioner Joshua Smith's failure to comply with the Court's orders (ECF Nos. 3, 4) twice instructing him to amend his petition.

It is further ordered that a certificate of appealability is denied as jurists of reason would not find the Court's dismissal to be debatable or wrong.

It is further ordered that pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of Court will add Nevada Attorney General Aaron D. Ford as counsel for Respondents and informally serve the Nevada Attorney General by directing a notice of electronic filing of this order to his office. No response is required from Respondents other than to respond to any orders of a reviewing court.

It is further ordered that the Clerk of Court mail Petitioner two copies of the inmate IFP application and the form for 28 U.S.C. § 2254 petitions.

It is further ordered that the Clerk of Court enter final judgment accordingly, dismissing this action without prejudice, and close this case.

DATED THIS 16th day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE